UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JOHN SANDERS and HANNAH SANDERS, | ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Cause No: 4:23-cv-00084 |
| YELLOW CORPORATION D/B/A HOLLAND, | ) ) ) ) |
| Defendant. | ) |

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

Plaintiffs, John & Hannah Sanders, by counsel, for their Complaint against the Defendant, Yellow Corporation d/b/a Holland, allege and state as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiffs John Sanders and Hannah Sanders are citizens of Indiana and reside together as husband and wife in Rising Sun, Indiana in Ohio County.

2. Defendant Yellow Corporation d/b/a Holland ("Holland") is an entity incorporated under the laws of the State of Delaware with its citizenship and principal place of business in Overland Park, Kansas, making it a citizen of Kansas.

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 in that there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

**FACTS**

4. On September 12, 2022, Plaintiff John Sanders was acting in the course and scope of his employment with Rising Sun Casio located at 777 Rising Star Drive, Rising Sun, Indiana 47040.

5. At approximately 2:30 p.m., Plaintiff John Sanders was working on the loading dock at the Rising Star Casino unloading a Holland tractor-trailer.

6. At the same time and place, Defendant Holland's semi tractor-trailer driver failed to clear his area before pulling away from the loading dock which caused the folding plate to drop that Plaintiff John Sanders was standing on resulting in Plaintiff John Sanders falling approximately 5 ½ feet.

7. Plaintiff John Sanders sustained a severe left arm fracture and torn rotator cuff that required surgical intervention.

## COUNT I – NEGLIGENCE OF DEFENDANT HOLLAND

8. Plaintiffs reassert, reallege, and incorporate numerical paragraphs one (1) through seven (7) herein by reference.

9. At the time of the subject incident, Defendant Holland's driver was operating the tractor-trailer inside the scope and course of his/her employment with Holland.

10. Defendant Holland is legally responsible for the negligence of its employee under the doctrine of respondeat superior.

11. Defendant Holland and their driver owed a duty to Plaintiff John Sanders and to follow applicable rules, regulations, and guidelines regarding the operation and of commercial vehicles and to exercise reasonable care in the operation of the vehicle.

12. Defendant Holland through the actions of its driver, was negligent and/or negligent per se in one or more of the following respects:

    a. Failed to maintain a proper lookout for persons on the loading dock and surrounding areas;

    b. Failed to properly maintain and inspect the truck/trailer prior to pulling

        away from the loading dock; and,

      c.     Failed to use reasonable care in the operation of the truck/trailer.

13.     As a direct and proximate result of the negligence and carelessness of the Defendant, Plaintiff, John Sanders, has suffered severe and permanent injuries, incurred substantial hospital and medical expenses, lost wages, endured physical pain and mental anguish, and will continue to incur such damages and other losses in the future.

14.     As a further direct and proximate result of the negligence and carelessness of the Defendant, Plaintiff, Hannah Sanders, has lost the services and consortium of her spouse, John Sanders.

WHEREFORE, Plaintiffs John & Hannah Sanders pray for judgment against Defendant, Holland, in an amount which will fully and fairly compensate Plaintiffs for their injuries and damages, for costs of this action, for interest as allowed by law, and for all other just and proper relief in the premises.

                                                      Respectfully submitted,

                                                      /s/ *Christopher G. Stevenson*  
                                                      Christopher G. Stevenson, #24689-49  
                                                      Wilson Kehoe Winingham LLC  
                                                      2859 North Meridian Street  
                                                      Indianapolis, IN 46208  
                                                      TEL: (317) 920-6400  
                                                      FAX: (317) 920-6405  
                                                      E-MAIL: cstevenson@wkw.com  
                                                      *Attorney for Plaintiffs*

## **JURY DEMAND**

Plaintiffs, John & Hannah Sanders, by counsel, respectfully request a trial by jury on all issues so triable.

        Respectfully submitted,

        /s/ *Christopher G. Stevenson*
        Christopher G. Stevenson, #24689-49
        Wilson Kehoe Winingham LLC
        2859 North Meridian Street
        Indianapolis, IN 46208
        TEL: (317) 920-6400
        FAX: (317) 920-6405
        E-MAIL: cstevenson@wkw.com
        *Attorney for Plaintiffs*