# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN SANDERS and HANNAH SANDERS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Cause No: 4:23-cv-00084-SEB-KMB |
| ) | |
| YELLOW CORPORATION D/B/A HOLLAND, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Plaintiffs, by counsel, stipulate that the above-entitled cause of action should be dismissed with prejudice, costs paid.

WHEREFORE, Plaintiffs, by counsel, respectfully request that the Court enter an Order dismissing all claims of Plaintiffs against Defendant in this case and for all other just and proper relief in the premises.

Respectfully submitted,

/s/ *Emily K. Chimenti*___\_
Emily K. Chimenti, #34240-64
Wilson Kehoe Winingham LLC
2859 North Meridian Street
Indianapolis, IN 46208
TEL: (317) 920-6400
FAX: (317) 920-6405
E-MAIL: echimenti@wkw.com
*Counsel for Plaintiffs*